

ENTERED
03/27/2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

```
IN RE                        )
                             )
DAVID MOORE and,             )   CASE NO. 08-31536-H3-7
LISA MOORE,                  )
                             )
        Debtors,             )
                             )
LISA BUSHMAN,                )
                             )
        Plaintiff,           )
v.                           )   ADV. NO. 08-3162
                             )
DAVID MOORE and              )
LISA MOORE,                  )
                             )
        Defendants.          )
                             )
```

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that Debtors' debt to Plaintiff, in the amount of $125,000 for fraud damages, $141,814.94 for attorney fees and costs, and $23,043.42 in interest prior to the date of filing of the Chapter 7 petition, is excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A). This amount bears interest from ten days after the date of entry of this Judgment at the applicable Federal rate of 0.70% per annum. It is further

ORDERED that the 18 acre tract described in the deeds filed April 21, 2006 and February 22, 2008 in the real property

records of Waller County, Texas, and identified, <u>inter</u> <u>alia</u>, at Docket No. 7-1 in the above captioned adversary proceeding, at p. 1-2, is not Debtors' exempt property; the property is declared to be property of Davlis Enterprises, Ltd.

Signed at Houston, Texas on March 27, 2009.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE