UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:    DAVID Moore AND LISA Moore § CASE NO. 08-31536-H3-7
§
§ CHAPTER 13
Debtors §
§
§
LISA Bushman § ADVERSARY PROCEEDING
Plaintiff §
§ NO. 08-3162
vs. §
DAVID Moore and LISA Moore §
§
Defendants §

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | March 27, 2009 |
| Judgment in Favor of: | LISA Bushman |
| Amount of Judgment | $ 289,858.36 |
| Amount of Costs: | $ — 0 — |
| Rate of Interest: | .70 % per annum |
| Amounts of Credits Since Judgment | $ — 0 — |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

Michael N. Milby, Clerk

DATED: APR 1 5 2009

By: _____
Deputy Clerk