

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

**ENTERED
02/25/2010**

HOUSTON DIVISION

| | |
|---|---|
| IN RE<br><br>DAVID MOORE and,<br>LISA MOORE,<br><br>     Debtors,<br><br>LISA BUSHMAN,<br><br>     Plaintiff,<br>v.<br><br>DAVID MOORE and<br>LISA MOORE,<br><br>     Defendants. | CASE NO. 08-31536-H3-7<br><br><br><br><br>ADV. NO. 08-3162 |

ORDER

In light of the pending appeal before the United States
Court of Appeals for the Fifth Circuit identified therein, this
court's consideration of the "Motion for New Trial under FRBP
9023 for Findings of Fact and Conclusions of Law" (Docket No. 51)
is abated, pending further order of this court.

SO ORDERED.

Signed at Houston, Texas on this _____

day of _____, 2010.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE