# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

MAY 01 2012

David J. Bradley, Clerk of Court

No. 11-20688
Summary Calendar

A True Copy
Certified order issued
05/02/2012

David J. Bradley, Clerk of Court
United States Court of Appeals
Fifth Circuit

F I L E D
April 3, 2012

Lyle W. Cayce
Clerk

D.C. Docket No. 4:10-CV-3045

In the Matter of:  DAVID MOORE, doing business as Brushy Creek Kennel,
Incorporated, doing business as Pinewood Kennel, doing business as Celtic
Field Sports; LISA THERESE MOORE,

        Debtors

-------------------------------

LISA BUSHMAN,

        Plaintiff - Appellee

v.

DAVID MOORE; LISA THERESE MOORE,

        Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before JONES, Chief Judge, and HAYNES and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on
file.

It is ordered and adjudged that the judgment of the District Court is

affirmed.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
                    Deputy

New Orleans, Louisiana     APR 2 4 2012

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-20688
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2012

Lyle W. Cayce
Clerk

In the Matter of: DAVID MOORE, doing business
as Brushy Creek Kennel, Incorporated, doing business
as Pinewood Kennel, doing business as Celtic Field Sports;
LISA THERESE MOORE,

                           Debtors

LISA BUSHMAN,

                           Plaintiff-Appellee

v.

DAVID MOORE; LISA THERESA MOORE,

                           Defendants-Appellants

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-3045

Before JONES, Chief Judge, and HAYNES and GRAVES, Circuit Judges.

EDITH H. JONES, Chief Judge:[*]

The court has carefully reviewed this appeal through the record of its
tortuous and lengthy procedural career. We conclude that Appellants'

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

arguments are meritless, as the carefully wrought opinions of the bankruptcy and district courts patiently explain. There is no justification for prolonging this litigation, nor can we fruitfully add to the decisions already rendered.

**AFFIRMED.**